[Civ. No. 9563. First Appellate District, Division Two.—September 21, 1934.]

JOSEPH DeBRINCAT, Petitioner, v. FRANKLIN SWART, as Judge of the Superior Court, etc., et al., Respondents.

John J. Taheny, R. O. Purvis and Varnum Paul for Petitioner.

Hugh K. McKevitt and Bronson, Bronson & Slaven for Respondents.

THE COURT.— For the reasons given in *DeBrincat* v. *Mogan, Judge of Superior Court,* Civil No. 9547 (*ante,* p. 7 [36 Pac. (2d) 245]), the petition herein is denied and the alternative writ is discharged.